# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., | ) )  ) **ORDER FOR MID-DISCOVERY** |
| Plaintiffs, | ) **STATUS CONFERENCE** |
| v. | ) ) |
| AESTHETIC CENTER OF PLASTIC SURGERY, P.C., | ) ) ) Case No. 1:25-cv-117 |
| Defendant. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 16, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of July, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court