**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Novo Nordisk A/S and Novo Nordisk, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Aesthestic Center for Plastic Surgery, P.C., ) <br> ) <br> Defendant. ) | **ORDER** <br><br><br><br> Case No. 1:25-cv-117 |

Before the court is a Joint Stipulation to Stay Discovery filed by the parties on February 18, 2026. (Doc. No. 23). The parties advise that they have engaged in productive discussions regarding the possibility of resolution and have met and conferred regarding possible resolution, discovery. They request a stay of all discovery deadlines through March 31, 2026, asserting that such a stay will permit them to focus their efforts on settlement. The proposed to submit a joint proposed scheduling order for the court's consideration on or before March 31, 2026, if no settlement is reached.

The court **ADOPTS** the parties' stipulation (Doc. No. 23) and **STAYS** all discovery deadlines pending further order. The parties shall submit joint status report by March 31, 2026, to advise on the status of their settlement discussions. Alternatively, should no resolution be reached, the parties shall submit a join scheduling plan by March 31, 2026, for the court's consideration.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
