**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Novo Nordisk A/S and Novo Nordisk, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Aesthetic Center for Plastic Surgery, P.C., | ) | Case No.: 1:25-cv-00117 |
| | ) | |
| Defendant. | ) | |

The court previously adopted the parties' Joint Stipulation to Stay Discovery, stayed all discovery deadlines through March 31, 2026, and directed the parties to submit a joint proposed scheduling order on or before March 31, 2026, if no settlement was reached. (Doc. No. 24).

Now before the Court is a second Joint Stipulation to Stay Discovery. (Doc. No. 25). The parties advise that they continue to engage in productive discussions regarding resolution of this matter but would benefit from additional time to negotiate a potential resolution. Accordingly, the parties request all discovery deadlines be stayed through May 29, 2026, and to submit a joint proposed scheduling plan on or before May 29, 2026, if no resolution is reached.

The Court **ADOPTS** the parties' stipulation (Doc. No. 25) and **STAYS** all discovery deadlines pending further order. The parties shall submit a joint status report by May 29, 2026, to advise on the status of their settlement discussions. Alternatively, should no resolution be reached, the parties shall submit a proposed scheduling plan by May 29, 2026, for the court's consideration.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court