**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Novo Nordisk A/S, and Novo Nordisk Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aesthetic Center of Plastic Surgery, P.C., | ) | Case No. 1:25-cv-117 |
| | ) | |
| Defendant. | ) | |

On February 18, 2026, the court issued an order adopting a Joint Stipulation to Stay Discovery filed by the parties and directing the parties to submit either a joint status report or joint proposed scheduling plan by March 31, 2026. (Doc. No. 24). On March 23, 2026, the court issued an order adopting a second Joint Stipulation to Stay Discovery filed by the parties, staying discovery pending further order, and directing the parties to submit either a joint status report or joint proposed scheduling plan by May 29, 2026. (Doc. No. 26).

Now before the court is the parties' third Joint Stipulation to Stay Discovery. (Doc. No. 27). Advising that they continue to engage in productive discussions regarding resolution of this matter, they request that the court extend the stay through July 10, 2026, and propose to submit either a joint status report or joint proposed scheduling plan by July 10, 2026.

The court **ADOPTS** the parties' third Joint Stipulation to Stay Discovery (Doc. No. 27). Discovery shall be stayed pending further order. The parties shall submit a joint status report by July 10, 2026, to advise on the status of their settlement discussions. Alternatively, should no resolution be reached, the parties shall submit a proposed scheduling plan by July 10, 2026, for the court's consideration.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court