**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Novo Nordisk A/S, and Novo Nordisk, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Aesthetic Center of Plastic Surgery, P.C., | ) | Case No.: 1:25-cv-00117 |
| | ) | |
| Defendant. | ) | |

Now before the court is the parties' fourth Joint Stipulation to Stay Discovery. (Doc. No. 29). Advising that the parties continue to engage in productive discussions regarding resolution and have made substantial progress towards that end, they request additional time to negotiate a potential resolution. Accordingly, the parties request the continued stay of deadlines through August 10, 2026, to provide a joint status report on or before August 10, 2026, updating the court as to whether they have reached a resolution, or if no resolution is reached, to provide a proposed scheduling order.

The court **ADOPTS** the parties' fourth Joint Stipulation to Stay Discovery. (Doc. No. 29). Discovery shall remain stayed pending further order. The parties shall submit a joint status report by August 10, 2026, to advise on the status of their settlement discussions. Alternatively, should no resolution be reached, the parties shall submit a proposed scheduling plan by August 10, 2026, for the court's consideration.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court